United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)           :

David J. Angstadt
aka David Angstadt,         : Case No.:  17-16003
aka David John Angstadt,
dba DJA Home & Auto Services
                            :

                            : CERTIFICATION OF BUSINESS DEBTOR
          Debtor(s)           REGARDING MONTHLY REPORT


I, ____David J. Angstadt____, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ____January 2018____.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.


This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.


Date: 3-28-18    _[signature]_____
                                              Debtor


Date: _____    _____
                                              Debtor

| | |
|---|---|
| IN THE MATTER OF: | Case No. 17-16003 |
| David J. Angstadt<br>aka David Angstadt,<br>aka David John Angstadt,<br>dba DJA Home & Auto Services | PETITION FILED: 9/6/2017<br><br>MONTHLY REPORT NO. 5 |
| DEBTOR IN POSSESSION | MONTH ENDED January 2018 |

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)  1735.63 — Bus Ck

2. Receipts during Report Period:

    a. Salary and Commissions    2,561.80

    b. Interest or Dividend Income    _____

    c. Real Estate Rental    _____

    d. Other (Describe-Schedule A)    Rent from 2 Rooms - 900

    TOTAL RECEIPTS    3461.80

3. Disbursements:

    a. Taxes – IRS    _____

    b. Taxes-State, including any sales tax due    _____

    c. Taxes- Real Estate    _____

    d. Taxes- Other    _____

    e. Utilities    _____

    f. Mortgage(s) or Rent(s)    499.70

    g. Insurance premiums (list type)    Auto 135, Home 65.42, Bus. Liab 72.50

    h. Food    250.

    i. Medical    _____

    j. Car loan    _____

    k. Automobile expenses    250

CASE NO. __17-16003__    MONTH ENDING __Jan 2018__

    l. Clothing __25__

    m. Gifts – donations (Schedule B) __75__

    n. Tuitions (Schedule B) _____

    o. Other (Describe) __1,000 – Bought Buick to Flip__

    TOTAL DISBURSEMENTS __2372.62__

4. Balance at end of reporting period [ (1-2) – 3] __1089.18__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? __Yes__

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) __DJA Home + Auto – Checking @ Business @__
BRANCH __Diamond Credit Union – S&L – Share A/C – 3 Prop Easy Chk__
__Exeter Branch, Birdsboro, PA 19508__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: __DJA Home + Auto – Savings @ Diamond Cr. Un.__
BRANCH: __Exeter Branch – 19508__

SCHEDULE A

(2)(d) Other: __Rental Income From Renting 2 Bedrooms @ 400 + 500 for the 2 Bedrooms For a Total of $900.00   Leesors: 500 – Emily Beckett   400 – Chelsea Haas__

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

__Put 75$ on Commissary For Jessica Smith @ BCP__

Tuition(s) list name and school(s):

CASE NO. __17-16003__    MONTH ENDING Jan 2018

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____    3-28-18
SIGNATURE OF DEBTOR(S)    DATE