United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)

David J. Angstadt
aka David Angstadt,
aka David John Angstadt,
dba DJA Home & Auto Services

: Case No.: 17-16003

: CERTIFICATION OF BUSINESS DEBTOR
Debtor(s)     REGARDING MONTHLY REPORT

I, ___David J. Angstadt___, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ___February 2018___.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 3-28-18   _[signature]_
                                                                Debtor

Date: _____   _____
                                                                Debtor

IN THE MATTER OF:   Case No. 17-16003

David J. Angstadt
aka David Angstadt,    PETITION FILED: 9/6/2017
aka David John Angstadt,
dba DJA Home & Auto Services    MONTHLY REPORT NO. 6

DEBTOR IN POSSESSION    MONTH ENDED February 2018

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

   Cars Sold - 2,400.00
   Repair/AutoBodywork 4,463.54

   a. Salary and Commissions

   b. Interest or Dividend Income _____

   c. Real Estate Rental   → Rent for 2 Rooms - 900.00

   d. Other (Describe-Schedule A) _____

   TOTAL RECEIPTS    7763.54

3. Disbursements:

   a. Taxes – IRS _____

   b. Taxes-State, including any sales tax due _____

   c. Taxes- Real Estate _____

   d. Taxes- Other _____

   e. Utilities _____

   f. Mortgage(s) or Rent(s)   499.70

   g. Insurance premiums (list type)   A-135  H 65.42  BL- 72.50

   h. Food   300

   i. Medical _____

   j. Car loan _____

   k. Automobile expenses   200

CASE NO. __17-16003__    MONTH ENDING __Feb 2018__

    l. Clothing    __75__

    m. Gifts – donations (Schedule B)    __50__

    n. Tuitions (Schedule B)    _____

    o. Other (Describe)    __50 See Below__

    TOTAL DISBURSEMENTS    __1447.62__

4. Balance at end of reporting period [ (1-2) – 3]    __6315.92__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?    __yes__

Debtor in Possession Checking Account(s):
NAME, LOCATION AND NUMBER(S)   __DJA Home + Auto @ Diamond Credit Un.__
__562 Share A/c - Sprop Easy Cnk__
BRANCH __Exeter Branch  Perkiomen Ave Birdsboro__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: __DJA Home + Auto - Savings - Diamond Cr. Union__

BRANCH: __Exeter Branch - 19508__

SCHEDULE A

(2)(d) Other: __Income from Rent of 2 Rooms   400 - Chelsea Hass   500 - Emily Beckett__

30. __Gave 50 to John Smith so he could pay his electric bill in full.__

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

__50 For Birthday Present For Angolleana Hummel__

Tuition(s) list name and school(s):

CASE NO. ___17-16003___         MONTH ENDING Feb 2018

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____        3-28-18
SIGNATURE OF DEBTOR(S)           DATE