United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)              :

David J. Angstadt             : Case No.: 17-16003
aka David Angstadt,
aka David John Angstadt,
dba DJA Home & Auto Services  :

                              : CERTIFICATION OF BUSINESS DEBTOR
        Debtor(s)                REGARDING MONTHLY REPORT

I, ___David J. Angstadt___, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _September 2017_.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _4-08-18_  _David angstadt_____
                                              Debtor

Date: _____  _____
                                              Debtor

| | |
|---|---|
| IN THE MATTER OF: | Case No. 17-16003 |
| David J. Angstadt<br>aka David Angstadt,<br>aka David John Angstadt,<br>dba DJA Home & Auto Services | PETITION FILED: 9/6/2017<br><br>MONTHLY REPORT NO. 1 |
| DEBTOR IN POSSESSION | MONTH ENDED Sept. 2017 |

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) **2915.00**

2. Receipts during Report Period:
   a. Salary and Commissions **2567.95**
   b. Interest or Dividend Income —
   c. Real Estate Rental **900.00 - Rent 2 Rooms**
   d. Other (Describe-Schedule A) —
   
   TOTAL RECEIPTS **3467.95**

3. Disbursements:
   a. Taxes – IRS —
   b. Taxes-State, including any sales tax due —
   c. Taxes- Real Estate —
   d. Taxes- Other —
   e. Utilities —
   f. Mortgage(s) or Rent(s) **785.00**
   g. Insurance premiums (list type) **A-135 H-65.42**
   h. Food **275.00**
   i. Medical —
   j. Car loan —
   k. Automobile expenses **250.00**

CASE NO. __17-16003__    MONTH ENDING __Sept 2017__

l. Clothing __50.00__

m. Gifts – donations (Schedule B) __—__

n. Tuitions (Schedule B) __—__

o. Other (Describe) __—__

TOTAL DISBURSEMENTS  1560.42

4. Balance at end of reporting period [ (1-2) – 3]   2915 + 3467.95 = 6,382.95
   − 1560.42
   $4,822.53

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? __yes__

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) __DJA Home + Auto Serv. @ Diamond__
BRANCH __Cr. Un.     Exeter Br. Perkiomen Ave Birdsboro__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: __DJA Home + Auto Serv. Savings @__
BRANCH: __Diamond Cr. Un. Perkiomen Ave Birdsboro Exeter Br.__

SCHEDULE A

(2)(d)  Other:



SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. ___17-16003___    MONTH ENDING Sept. 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_David angstadt_    4-08-18
SIGNATURE OF DEBTOR(S)    DATE