United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s) :

David J. Angstadt
aka David Angstadt,
aka David John Angstadt,
dba DJA Home & Auto Services

: Case No.: 17-16003

:

: CERTIFICATION OF BUSINESS DEBTOR
Debtor(s)    REGARDING MONTHLY REPORT

I, _____David J. Angstadt_____, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ___October 2017_____.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 4/8/2018        _/s/David J. Angstadt_____
                                                    Debtor

Date:                 _____
                                                    Debtor

IN THE MATTER OF:                     Case No. __17 - 16003__

                                                    PETITION FILED: __9/6/2017__

                                                    MONTHLY REPORT NO. __2__

DEBTOR IN POSSESSION                  MONTH ENDED __October 2017__

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER 13  MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __2125.00__

2. Receipts during Report Period:

    a. Salary and Commissions      __2457.85__

    b. Interest or Dividend Income      __—__

    c. Real Estate Rental      __900 - Rent from 2 Rooms__

    d. Other (Describe-Schedule A)      __—__

    TOTAL RECEIPTS      __3,357.85__

3. Disbursements:

    a. Taxes – IRS      __—__

    b. Taxes-State, including any sales tax due      __—__

    c. Taxes- Real Estate      __—__

    d. Taxes- Other      __—__

    e. Utilities      __—__

    f. Mortgage(s) or Rent(s)      __785.00__

    g. Insurance premiums (list type)      __A 135 — HO 5.42__

    h. Food      __150.00__

    i. Medical      __—__

    j. Car loan      __—__

    k. Automobile expenses      __264.00__

CASE NO. __17-16003__         MONTH ENDING __Oct. 2017__

 l. Clothing            __25.00__

 m. Gifts – donations (Schedule B)    __—__

 n. Tuitions (Schedule B)       __—__

 o. Other (Describe)        __—__

TOTAL DISBURSEMENTS  __1,424.42__

4. Balance at end of reporting period [ (1-2) – 3]  2125 + 3357.85 = 5,482.85
                     − 1424.42
5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding
 obligations and amounts due at end of current period on Schedule C.   4,058.43

6. Is all insurance paid up-to-date? __yes__

Debtor in Possession Checking Account(s):

 NAME, LOCATION AND NUMBER(S) __DJA Home + Auto Serv.__

 BRANCH __Diamond Credit Union Exeter Branch__
       __Perkiomen Ave Birdsboro__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

 DESCRIBE: __DJA Home + Auto Serv. Savings__

 BRANCH: __Diamond Cr. Union Exeter Br. Perkiomen Ave.__
      __Birdsboro__

SCHEDULE A

(2)(d)  Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. _____17-16003_____          MONTH ENDING  Oct, 2017

<u>SCHEDULE C</u>

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          4-8-18
SIGNATURE OF DEBTOR(S)                                    DATE