United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)                                :

David J. Angstadt
aka David Angstadt,                             : Case No.: 17-16003
aka David John Angstadt,
dba DJA Home & Auto Services                    :

                                                : CERTIFICATION OF BUSINESS DEBTOR
                    Debtor(s)                     REGARDING MONTHLY REPORT

I, ____David J. Angstadt____, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ___November 2017___.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 4-8-18  _[signature]_____
                                                    Debtor

Date: _____  _____
                                                    Debtor

IN THE MATTER OF:                    Case No. __17-16003__

David J. Angstadt
aka David Angstadt,                  PETITION FILED: __9/6/2017__
aka David John Angstadt,
dba DJA Home & Auto Services         MONTHLY REPORT NO. __3__

DEBTOR IN POSSESSION                 MONTH ENDED __November 2017__

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __3988.84__

2. Receipts during Report Period:

    a. Salary and Commissions __2772.80__

    b. Interest or Dividend Income __—__

    c. Real Estate Rental __900 Rent 2Rooms__

    d. Other (Describe-Schedule A) __—__

    TOTAL RECEIPTS __3672.80__

3. Disbursements:

    a. Taxes – IRS __—__

    b. Taxes-State, including any sales tax due __—__

    c. Taxes- Real Estate __—__

    d. Taxes- Other __—__

    e. Utilities __—__

    f. Mortgage(s) or Rent(s) __785.00__

    g. Insurance premiums (list type) __A-135  Home-65.42__

    h. Food __300.00__

    i. Medical __—__

    j. Car loan __—__

    k. Automobile expenses __200.00__

CASE NO. __17-16003__     MONTH ENDING __Nov. 2017__

    l. Clothing __100.00__

    m. Gifts – donations (Schedule B) __—__

    n. Tuitions (Schedule B) __—__

    o. Other (Describe) __—__

TOTAL DISBURSEMENTS __1585.42__

4. Balance at end of reporting period [ (1-2) – 3]  __3988.84 + 3672.80 = 7661.64__
                                                                                                                                                                                                                                                                       __−1585.42__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.
                                                                                                                                                                                                                             __6,076.22__

6. Is all insurance paid up-to-date? __yes__

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __DJA Home + Auto Serv.__
    BRANCH __Diamond Credit Union Exeter Branch Perkiomen Ave Birdsboro__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: __DJA Home + Auto Serv.__
    BRANCH: __Diamond Cr Un. Exeter Branch__

SCHEDULE A

(2)(d)  Other:



SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. __17-16003__    MONTH ENDING __Nov. 2017__

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

__[signature]__    __4-8-18__
SIGNATURE OF DEBTOR(S)    DATE