United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)                                :

David J. Angstadt                               : Case No.: 17-16003
aka David Angstadt,
aka David John Angstadt,
dba DJA Home & Auto Services                    :

                                                : CERTIFICATION OF BUSINESS DEBTOR
            Debtor(s)                             REGARDING MONTHLY REPORT

I, ___David J. Angstadt___, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __Dec. 2017__.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _4-4-18_ _[signature]_
                                                                Debtor

Date: _____
                                                                Debtor

IN THE MATTER OF:  Case No. 17-16003

David J. Angstadt
aka David Angstadt,     PETITION FILED: 9/6/2017
aka David John Angstadt,
dba DJA Home & Auto Services     MONTHLY REPORT NO. 4

DEBTOR IN POSSESSION     MONTH ENDED Dec. 31, 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 3,684.63

2. Receipts during Report Period:

    a. Salary and Commissions    2,092.50

    b. Interest or Dividend Income    —

    c. Real Estate Rental    900 - Rent of 2 Rooms

    d. Other (Describe-Schedule A)    700 —

        TOTAL RECEIPTS    3,698.50

3. Disbursements:

    a. Taxes – IRS    —

    b. Taxes-State, including any sales tax due    —

    c. Taxes- Real Estate    —

    d. Taxes- Other    —

    e. Utilities    —

    f. Mortgage(s) or Rent(s)    499.70

    g. Insurance premiums (list type)    A 135, H 65.42, B 72.50

    h. Food    350 —

    i. Medical    —

    j. Car loan    —

    k. Automobile expenses    285.00

CASE NO. __17-16003__          MONTH ENDING __Dec. 31, 2017__

   l. Clothing  __—__

   m. Gifts – donations (Schedule B)  __90__

   n. Tuitions (Schedule B)  __—__

   o. Other (Describe)  __1,300 – Bought Honda CRZ to Flip__

   TOTAL DISBURSEMENTS  __2,797.62__

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? __Yes__

Debtor in Possession Checking Account(s):

   NAME, LOCATION AND NUMBER(S)  __DJA Home + Auto Bus Ckg @__
   __Diamond Credit Union  502-5 Prop Easy Ckg__
   BRANCH __Exeter Branch  Perkiomen Ave, Birdsboro 19508__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

   DESCRIBE: __DJA Home + Auto Savings @ Diamond CRUn__
   BRANCH: __Exeter Branch Perkiomen Ave Birdsboro 19508__

SCHEDULE A

(2)(d) Other: __700 – Sold 02 Audi A4__


SCHEDULE B

Gifts – donations/Name(s) of recipient(s): __Jessica Smith 90__


Tuition(s) list name and school(s): __N/A__

CASE NO. __17-16003__   MONTH ENDING Dec. 31, 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred) N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_[signature]_   4-4-18
SIGNATURE OF DEBTOR(S)   DATE