United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)        :

David J. Angstadt            : Case No.: 17-16003
aka David Angstadt,
aka David John Angstadt,     :
dba DJA Home & Auto Services

                        : CERTIFICATION OF BUSINESS DEBTOR
         Debtor(s)    REGARDING MONTHLY REPORT

I, _____David J. Angstadt_____, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ___March 2018___.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _____4-4-18_____  _____[signature]_____
                                                       Debtor

Date: _____
                                                       Debtor

IN THE MATTER OF:  Case No. 17-16003

David J. Angstadt
aka David Angstadt,  PETITION FILED: 9/6/2017
aka David John Angstadt,
dba DJA Home & Auto Services  MONTHLY REPORT NO. 7

DEBTOR IN POSSESSION  MONTH ENDED March 31, 2018

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 2631.69

2. Receipts during Report Period:

    a. Salary and Commissions         996.55

    b. Interest or Dividend Income    —

    c. Real Estate Rental             900   Rent of 2 Rooms

    d. Other (Describe-Schedule A)    600 —

       TOTAL RECEIPTS                 2,496.55

3. Disbursements:

    a. Taxes – IRS                    —

    b. Taxes-State, including any sales tax due   —

    c. Taxes- Real Estate             —

    d. Taxes- Other                   —

    e. Utilities                      —

    f. Mortgage(s) or Rent(s)         499.70

    g. Insurance premiums (list type) A-135, H 60.42, B-72.50

    h. Food                           275. —

    i. Medical                        —

    j. Car loan                       —

    k. Automobile expenses            300 —

CASE NO. __17-16003__   MONTH ENDING __Mar 31, 2018__

  l. Clothing __50__

  m. Gifts – donations (Schedule B) __125__

  n. Tuitions (Schedule B) __—__

  o. Other (Describe) __67-__

TOTAL DISBURSEMENTS __1,589.62__

4. Balance at end of reporting period [ (1-2) – 3] __2631.69 + 2496.55 = 5128.24__
   __- 1,589.62__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

   __3,538.62__

6. Is all insurance paid up-to-date? __yes__

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) __DJA Home + Auto Bus Ckg @__
BRANCH __Diamond Cr. U.n.  502-5 Easy Prop Cg__
__Exeter Branch Perkiomen Ave Birdsboro__
Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension: __19508__

DESCRIBE: __DJA Home + Auto Savings @ Diamond Cr. Un.__
BRANCH: __Exeter Branch Perkiomen Ave__
__Birdsboro 19508__

SCHEDULE A

(2)(d) Other: __700 - Sold Isuzu Trooper__

SCHEDULE B

Gifts – donations/Name(s) of recipient(s): __125 - Chriota Johnson on Books @ Jail__

Tuition(s) list name and school(s): __N/A__

CASE NO. _____17-16003_____  MONTH ENDING Mar 31, 2018

SCHEDULE C

Outstanding obligations: (List payee and date incurred)   N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____    4-4-18
SIGNATURE OF DEBTOR(S)            DATE