WWR# 040079947

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>David J. Angstadt<br>                Debtor<br><br>LSF9 MASTER PARTICIPATION TRUST<br>                Movant | Case No. 17-16003-REF<br>Chapter 13<br>Related to Document No. 42 & 52<br>**Hearing Date:**<br>**Hearing Time:** |

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now on this day. Upon the Motion of LSF9 MASTER PARTICIPATION TRUST for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that LSF9 MASTER PARTICIPATION TRUST , Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1436 Phillip Street, Birdsboro, PA 19508.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 07/01/2018 payment which must be paid in full in the amount of $769.58 to LSF9 MASTER PARTICIPATION TRUST c/o Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124, on or before 07/01/2018. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $4109.32 ($3078.32 arrears payments plus $1031.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 01 day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor by regular mail and Debtor's Counsel by facsimile of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor and Debtor's Counsel of 2 default notices in the first calendar year and 1 default notice thereafter during the pendency of the bankruptcy. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF9 MASTER PARTICIPATION TRUST.

                                                Honorable Richard E. Fehling
                                                United States Bankruptcy Judge

| | |
|---|---|
| /s/ Nathalie Paul<br>Nathalie Paul, Attorney For Movant<br>170 S. Independence Mall W., Suite 874W<br>Philadelphia, PA 19106 | /s/ Shawn J. Lau<br>SHAWN J. LAU, Attorney for the Debtor<br>4228 St. Lawrence Avenue<br>Reading, PA 19606 |

/s/ Frederick L. Reigle
FREDERICK L. REIGLE, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

WWR# 040079947

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
David J. Angstadt  
                   Debtor

LSF9 MASTER PARTICIPATION TRUST  
                   Movant

Case No. 17-16003-REF  
Chapter 13  
Related to Document No. 42 & 52  
Hearing Date:  
Hearing Time:

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now on this day. Upon the Motion of LSF9 MASTER PARTICIPATION TRUST for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that LSF9 MASTER PARTICIPATION TRUST, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1436 Phillip Street, Birdsboro, PA 19508.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 07/01/2018 payment which must be paid in full in the amount of $769.58 to LSF9 MASTER PARTICIPATION TRUST c/o Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124, on or before 07/01/2018. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $4109.32 ($3078.32 arrears payments plus $1031.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 01 day of each month.

Should the Debtor default in any payment, notice will be sent to Debtor by regular mail and Debtor's Counsel by facsimile of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor and Debtor's Counsel of 2 default notices in the first calendar year and 1 default notice thereafter during the pendency of the bankruptcy. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to LSF9 MASTER PARTICIPATION TRUST.

Honorable Richard E. Fehling  
United States Bankruptcy Judge

/s/ Nathalie Paul  
Nathalie Paul, Attorney For Movant  
170 S. Independence Mall W., Suite 874W  
Philadelphia, PA 19106

FREDERICK L. REIGLE, Trustee  
2901 St. Lawrence Avenue  
P.O. Box 4010  
Reading, PA 19606

SHAWN J. LAU, Attorney for the Debtor  
4228 St. Lawrence Avenue  
Reading, PA 19606