UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

DAVID J. ANGSTADT
                                                  : Bankruptcy No. 17-16003REF
       Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 20, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING PA 19606-

DAVID J. ANGSTADT
1436 PHILLIP AVENUE
BIRDSBORO,PA.19508